November 1, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

REYNA ISABEL TABORDA AND PHILLIP L. HURLEY, Appellants

NO. 14-16-00545-CV                          V.

SRINIVASACHARY V. TAMIRISA AND BARRY POWELL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 7, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Reyna Isabel Taborda and Phillip L. Hurley.

We further order this decision certified below for observance.